IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TREMAR JONES,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Civil No. 1:19-CV-0399** |
| **v.** : | |
| : | **Judge Sylvia H. Rambo** |
| **STATE CORRECTIONAL** : | |
| **INSTITUTE COAL TOWNSHIP,** *et* : | |
| *al.*, : | |
| : | |
| **Defendants.** : | |

## **ORDER**

**AND NOW**, this 1st day of June, 2020, it is **ORDERED** that Plaintiff's second motion for appointment of counsel (Doc. 37) is **DENIED**.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge